UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR BAYONA CORZO,<br>Petitioner,<br>v.<br>BRUCE SCOTT,<br>Respondent. | CASE NO. 2:26-cv-02508-JHC<br>ORDER |

This matter comes before the Court on pro se Petitioner's Motion for Appointment of Counsel. Dkt. ## 3, 5. Because of the complex issues and procedural posture of this case, the Court concludes that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B).

Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner before September 11, 2026, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings. Within 30 days of the date of this Order, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to file an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A.

Due to this Order, the Court amends the briefing schedule. *See* Dkt. # 7. Under the previously issued scheduling order, Respondents must file a return to Petitioner's Writ of Habeas Corpus on or before August 24, 2026. Dkt. # 7. The Court now extends this deadline.

If the Federal Public Defender's office submits a notice of appearance and indicates that they intend to file an amended Petition, the Court will stay all briefing deadlines and issue an amended scheduling order once the amended petition is filed. If the Federal Public Defender's office does not submit a notice of appearance or indicate its intent to file an amended petition by September 23, 2026, Respondents must file a return no later than October 2, 2026, and Petitioner shall have until October 16, 2026 to file a traverse.

The Clerk is DIRECTED to send uncertified copies of this Order to Petitioner, the Federal Public Defender, and counsel for Respondents.

Dated this 24th day of August, 2026.

John H. Chun
United States District Judge