UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR BAYONA CORZO,<br>Petitioner,<br>v.<br>BRUCE SCOTT,<br>Respondent. | CASE NO. 2:26-cv-02508-JHC<br>ORDER |

This matter comes before the Court on Petitioner's Motion for Order Preventing Transfer During Pendency of Petition. Dkt. # 13. The Court AMENDS its previous scheduling order (Dkt. # 7) and GRANTS Petitioner's motion.

Previously, the Court granted Petitioner's motion to appoint counsel. *See* Dkt. # 13. Since then, the Federal Public Defender has appeared in this case and submitted an amended petition. *See* Dkt. ## 10, 11, 12. The Court must therefore amend its previous scheduling order. *See* Dkt. # 7. Respondents may file a return no later than October 6, 2026. Any traverse by Petitioner shall be filed no later than October 20, 2026.

Petitioner has also requested an order preventing transfer out of this District. Dkt. # 13 (stating that Petitioner has received notice that he may be transferred at any time this month). This is standard practice to maintain jurisdiction and, especially where the Federal Public

Defender is appointed, to prevent interference with access to counsel. *See Tran v. Bondi, et al.*, No. CV25-1897-JLRBAT, Dkt. # 6 at 3 (W.D. Wash. Oct. 7, 2025); *Todd v. Bondi*, No. CV25-02519-JHC, Dkt. # 12 (W.D. Wash. Dec. 13, 2025). The Court thus GRANTS the motion.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 22nd day of September, 2026.

John H. Chun
United States District Judge